LEE TIRE & RUBBER CO. OF NEW YORK, INC., Appellant, *v.* BANQUE D'INDUSTRIE, Respondent.

(Argued November 27, 1934; decided December 31, 1934.)

*Stephen B. Vreeland* for appellant.

*Aristotle Souval* and *William O. Robertson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.